FORM 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| CS WIND MALAYSIA SDN. BHD. and CS WIND CORPORATION,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>           Defendant. | **Court No. 24-00079** |

TO:    The Attorney General and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. (Name and standing of plaintiffs): Plaintiffs, CS Wind Malaysia Sdn. Bhd. and CS Wind Corporation (collectively, "CS Wind"), are foreign producers and/or exporters of the subject merchandise, utility scale wind towers from Malaysia. Therefore, plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).

   Plaintiffs were mandatory respondents in the countervailing duty administrative review conducted by the United States Department of Commerce ("Commerce") that is contested here. Plaintiffs actively participated in the administrative review through the submission of factual information and written argument and, thus, also are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(36).

   Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. (Brief description of contested determination): Plaintiffs contest certain aspects of Commerce's final results in *Utility Scale Wind Towers from Malaysia: Final Results of Countervailing Duty Administrative Review; 2021*, 89 Fed. Reg. 17,404 (Dep't Commerce Mar. 11, 2024) (Case No. C-557-822).

3. <u>(Date of determination)</u>:  The contested results were issued by Commerce on March 5, 2024.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>:  Commerce published its final results of the administrative review in the *Federal Register* on March 11, 2024 (89 Fed. Reg. 17,404).

/s/ Jarrod M. Goldfeder
Jarrod M. Goldfeder
Kenneth N. Hammer
Sezi Erdin
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jgoldfeder@tradepacificlaw.com

*Counsel to Plaintiffs CS Wind Malaysia Sdn. Bhd. and CS Wind Corporation*

<u>April 10, 2024</u>
Date

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)