## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| CS WIND MALAYSIA SDN. BHD. and CS WIND CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Court No. 24-00079 |
| v. | ) ) | Before: Honorable M. Miller-Baker, Judge |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) | |
| WIND TOWER TRADE COALITION, | ) ) ) ) | |
| Defendant-Intervenor. | ) ) ) | |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Orders dated December 5, 2025 and February 24, 2026, the parties respectfully submit the following joint status report.

With respect to Commerce's Final Results of Redetermination Pursuant to Court Remand, ECF No. 65-1, Mar. 26, 2026, the parties

-1-

also respectfully submit the following proposed briefing schedule pursuant to the Court's remand scheduling order, ECF No. 61, Dec. 5, 2025, as amended by the Court's order, ECF No. 64, Feb. 24, 2026, and in conformity with Judge Baker's requirements concerning the formatting and preparation of the remand appendix in cases brought under 28 U.S.C. § 1581(c).

### Methodology for Preparing the Remand Appendix

The parties have consulted regarding the Appendix preparation method. The parties have agreed to designate and Bates-number the record material prior to filing their briefs pursuant to the Court's instructions for that appendix preparation approach. The proposed briefing schedule below includes deadlines consistent with that approach. *See* Instructions to Counsel in § 1581(c) Cases at ¶¶ 3.4(a), 3.10.

### Proposed Briefing Schedule

After consultation pursuant to USCIT R. 56.2(h), the parties respectfully propose the following schedule and word count limitations for the remand segment of this action:

| Filing | Due Date | Word Limit |
|---|---|---|
| Plaintiffs, C.S. Wind Malaysia Sdn. Bhd. and CS Wind Corporation, shall assemble the soft remand appendix and serve on all parties | Within 14 days after the date on which this order is entered | |
| Plaintiffs', C.S. Wind Sdn. Bhd. and CS Wind Corporation, Comments in Opposition to the Final Results of Redetermination | May 14, 2026 | 10,000 |
| Defendant's Response Comments | June 30, 2026 | 10,000 |
| Defendant shall provide Plaintiffs with a list of the Bates-numbered pages of the designated remand appendix cited in its response comments | July 9, 2026 | |
| Defendant-Intervenor's Response Comments | July 16, 2026 | 5,000 |
| Defendant-Intervenor shall provide Plaintiffs with a list of the Bates-numbered pages of the designated remand appendix cited in its response comments | July 23, 2026 | |
| Remand Appendix filed by Plaintiffs | August 6, 2026 | |

A Proposed Scheduling Order reflecting these dates is attached.

Respectfully Submitted,

/s/ Jarrod M. Goldfeder
Jarrod M. Goldfeder
Kenneth N. Hammer
Sezi Erdin
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Ste 500
Washington, DC 20003
Telephone: (202) 223-3760

April 23, 2026                          *Counsel for Plaintiffs, CS Wind Malaysia
                                        Sdn. Bhd. and CS Wind Corporation*


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director


Of Counsel:

                                        /s/ Isabelle Aubrun
Brien C. Stonebreaker                   ISABELLE AUBRUN
Attorney                                Trial Attorney
Office of the Chief Counsel             Commercial Litigation Branch, Civil Div.
  For Trade Enforcement &               U.S. Department of Justice
  Compliance                            P.O. Box 480, Ben Franklin Station
U.S. Department of Commerce             Washington, D.C. 20044
1401 Constitution Avenue, NW            Telephone: (202) 616-0465
Washington, DC  20230                   Email: Isabelle.aubrun2@usdoj.gov
                                        *Attorneys for Defendant*

April 23, 2026


-4-

-5-

/s/ Alan H. Price
Alan H. Price
Robert E. DeFrancesco, III
Laura El-Sabaawi
Derick G. Holt
Kimberly A. Reynolds
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 719-7000
*Counsel for Defendant-Intervenor, the Wind Towers Trade Coalition*

April 23, 2026