# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| CS WIND MALAYSIA SDN. BHD. and CS WIND CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Court No. 24-00079 |
| | ) | Before: Honorable M. Miller-Baker, Judge |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| WIND TOWER TRADE COALITION, | ) ) ) | |
| Defendant-Intervenor. | ) ) ) ) | |

## ORDER

Upon consideration of the parties' joint status report and the proposed briefing schedule, it is hereby

ORDERED that the comments on the remand in this action shall proceed in accordance with the schedule and word limitations set forth below:

**Court No. 24-00079**

| Filing | Due Date | Word Limit |
|---|---|---|
| Plaintiffs, C.S. Wind Malaysia Sdn. Bhd. and CS Wind Corporation, shall assemble the soft remand appendix and serve it on all parties | Within 14 days after the date on which this order is entered | |
| Plaintiffs' Comments in Opposition to the Final Results of Redetermination | May 14, 2026 | 10,000 |
| Defendant's Response Comments | June 30, 2026 | 10,000 |
| Defendant shall provide Plaintiffs with a list of the Bates-numbered pages of the designated remand appendix cited in its response comments | July 9, 2026 | |
| Defendant-Intervenor's Response Comments | July 16, 2026 | 5,000 |
| Defendant-Intervenor shall provide Plaintiffs with a list of the Bates-numbered pages of the designated remand appendix cited in its response comments | July 23, 2026 | |
| Remand Appendix filed by Plaintiffs | August 6, 2026 | |

SO ORDERED.

_____
M. Miller Baker, Judge
U.S. Court of International Trade

Dated: _____, 2026
    New York, New York