# THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| CS WIND MALAYSIA SDN. BHD. and CS WIND CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Court No. 24-00079 |
| v. | ) ) ) | Before:    Hon. M. Miller-Baker, Judge |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| WIND TOWER TRADE COALITION, | ) ) | |
| Defendant-Intervenor. | ) ) ) | |

## ORDER

Upon consideration of the Comments in Opposition to Remand Redetermination of Plaintiffs, CS Wind Malaysia Sdn. Bhd. ("CS Wind Malaysia") and CS Wind Corporation ("CS Wind Korea"), the motion for judgment on the agency record pursuant to Rule 56.2 of the Rules of this Court, and all other papers and proceedings herein; it is hereby:

**ORDERED** that the *Final Results of Redetermination Pursuant to Court Remand*, ECF No. 65-1, Mar. 26, 2026 ("*Remand Results*"), are

hereby remanded to the U.S. Department of Commerce in a manner consistent with the Court's opinion; and it is further

**ORDERED** that the U.S. Department of Commerce shall grant an Entered Value Adjustment and recalculate Plaintiffs' *ad valorem* subsidy rate for all countervailable subsidy programs by adjusting the *ad valorem* subsidy rate calculated for CS Wind Sdn. Bhd. by a ratio of the CS Wind Malaysia's collectible U.S. duty to the value of CS Wind Korea's total U.S. sales; and it is further

**ORDERED** that the U.S. Department of Commerce will recalculate the benchmark used to measure the adequacy of remuneration of rental land held by CS Wind Malaysia Sdn. Bhd. during the period of review based on only land rental prices in Pahang, as published by the Malaysia Investment Development Authority.

By _____
                M. Miller Baker, Judge

Date: _____
                New York, New York

2